UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WEINSTEIN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MANDARICH LAW GROUP, LLP.<br><br>          Defendant. | NO.  2:17-cv-01897-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

THIS MATTER having come before the Court on Plaintiff Thomas Weinstein's Motion for Partial Summary Judgment, and the Court, having reviewed the motion (and subsumed declarations and exhibits) and all responsive documents, hereby rules as follows:

Plaintiff's Motion is GRANTED in its entirety.  The Court finds that there are no genuine issues of material fact as to the following events.  Defendant Mandarich Law Group, LLP:

- Moved for a default judgment against Mr. Weinstein in a debt collection lawsuit without giving notice as required by Washington Civil Rule 55.

- Obtained a judgment against Mr. Weinstein improperly.

- Obtained an improper judgment against Mr. Weinstein in excess of any amounts actually owed.

Each of the foregoing constitutes a violation of 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5),

PROPOSED ORDER - 1

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665/F (206) 395-2719

1692e(10), 1692f, and 1692f(1).

Additionally and independently from any FDCPA violations, Defendant's conduct also constitutes a violation of RCW 19.16.250(15), RCW 19.16.250(16), and RCW 19.16.250(21).

The amount of damages will be determined at trial. Plaintiff is entitled to costs as well as attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and RCW 19.86.090 in an amount which will be determined at the conclusion of this litigation.

IT IS SO ORDERED.

Entered this _____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**ANDERSON SANTIAGO, PLLC**

By:    /s/ Jason Anderson_____
Jason Anderson, WSBA# 38014
Attorney for Plaintiff

PROPOSED ORDER - 2