The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

THOMAS WEINSTEIN,

              Plaintiff,

    vs.

MANDARICH LAW GROUP, LLP

              Defendant.

NO.  2:17-cv-01897-RSM

**REPLY DECLARATION OF T. TYLER SANTIAGO**

T. Tyler Santiago declares as follows:

1. I am the attorney of record for Plaintiff and make this declaration of my own personal knowledge.

2. A true and correct copy of an excerpt from Mandarich Law Group's response to interrogatories is attached as **Exhibit A**.  Plaintiff supplies this document in reference to the response to interrogatory 8.

3. A true and correct copy of an excerpt from Plaintiff's First Amended Responses to requests for admission are attached as **Exhibit B**.  Plaintiff supplies this document in reference to Defendant's requests for admission  13-14.

4. True and correct copies of a selection of documents (letters sent to Plaintiff) provided by

1      Mandarich Law Group in discovery are attached as **Exhibit C**.

2      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS
3   TRUE AND CORRECT.

4

     DATED this 27th day of July, 2018 at Seattle, WA.
5

6

                        /s/ T. Tyler Santiago
7                        T. Tyler Santiago

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPLY DECLARATION OF T. TYLER SANTIAGO - 2
2:17-CV-01897-RSM

**ANDERSON | SANTIAGO**
787 MAYNARD AVE S
SEATTLE WA 98104
(206) 395-2665 / F (206) 395-2719

# EXHIBIT A

**INTERROGATORY NO. 7:**

Identify the date of the last payment made on the Account (and the identity of the payor and method of payment).

**RESPONSE TO INTERROGATORY NO. 7:**

Objection, the request is vague and ambiguous as to "last payment." Subject to the foregoing objection and without waiving the same, the last payment received on Account was on or about August 28, 2017. The payment was submitted by Plaintiff's employer through a wage garnishment.

**INTERROGATORY NO. 8:**

Identify the date and circumstances under which Plaintiff last became delinquent on the Account. In your answer, include the date(s) on which the Account was brought current, if any.

**RESPONSE TO INTERROGATORY NO. 8:**

Objection, the request seeks information that is or should be in the possession of the Plaintiff. Subject to the foregoing objection and without waiving the same, Defendant states that it is the attorney firm for CACH, LLC the successor-in-interest to the account and would not have information or knowledge as to all times, if any, the account became delinquent or the circumstances for why Plaintiff failed to make his payment. Defendant further states that on or about October 3, 2014, Plaintiff agreed to settle the Account. Plaintiff did not comply with the terms of the Agreement and no Agreement was entered into by CACH, LLC and Plaintiff. In March 2016, Defendant served a copy of the filed Summons and Complaint with a copy of the Case Schedule to Defendant via mail. On or about March 11, 2016, Defendant received a faxed correspondence from Plaintiff's then counsel acknowledging Plaintiff's receipt of the filed Case Schedule and stating Plaintiff's desire to settle the lawsuit through a Stipulated Judgment. Again, no Agreement was reached between the parties.

# EXHIBIT B

1    **ANSWER:**  After a reasonable inquiry, Plaintiff is without sufficient information to admit

2    or deny this request, therefore denied.

3    13.    In March of 2016, You received a copy of the filed summons and complaint in the

4    Lawsuit.

5    **ANSWER:**  Plaintiff objects to this request as the term "the Lawsuit" is not defined.

6    To the extent that Defendant refers to King County Superior Court Case no. 15-2-24463-9

7    KNT, Plaintiff admits that he received a copy of the summons and complaint in March

8    2016.

9    14.    In March of 2016, You received a copy of an order setting civil case schedule in

10   the Lawsuit.

11   **ANSWER:**  Plaintiff objects to this request as the term "the Lawsuit" is not defined.  To

12   the extent that Defendant refers to King County Superior Court Case no. 15-2-24463-9 KNT,

13   Plaintiff admits that he received a copy of the summons and complaint in March 2016.

14   15.    After receiving a copy of the documents referenced in Request for Admission 13

15   and 14, you contacted an attorney.

16   **ANSWER:**  Admit.

17   16.    Your attorney contacted Defendant in March of 2016 and stated that You wished

18   to enter into a stipulated judgment in the Lawsuit.

19   **ANSWER:**  Admit.

20   17.    You knew in March of 2016 that Defendant had filed the Lawsuit against You.

21   **ANSWER:**  Admit.

22   18.    You took no action in the Lawsuit after March of 2016.

23

Plaintiffs' Amended Responses to Requests for
Admission – 5

# EXHIBIT C

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

**Christopher D. Mandarich, Esq.***
**Ryan E. Vos, Esq.****
**William Boaz, Esq.,** *Of Counsel*****
**Trevor R. Ozawa, Esq.,** *Of Counsel*******
**William T. Sali, Esq.,** *Of Counsel*********
**Joseph A. Geller, Esq.,** *Of Counsel*********\*

*Admitted in CA*
**Admitted in AK, CA, ID, OR & WA*
***Admitted in OR*
****Admitted in HI*
*****Admitted in ID*
******Admitted in NV*

February 14, 2016

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944

11181
3027

11181

**RE:**

| | |
|---|---|
| Current Creditor: | CACH, LLC |
| Account No.: | 120020945742 |
| Original Creditor: | GE CAPITAL RETAIL BANK |
| Original Creditor Account No.: | 5218531007265391 |

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-02-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**This letter is being automatically generated based upon your agreed payment arrangement with us. The sending of this letter did not involve the particular review of your account by an attorney.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

3027.161946

### IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTP://WWW.COLORADOATTORNEYGENERAL.GOV/CA. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP     9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311     Phone 1-855-441-5983**

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)

OF COUNSEL
William Boaz (OR)
William T. Sali (ID)
John T. Rogers (NE, IA)
Trevor R. Ozawa (HI)
Joseph A. Geller (NV)

Please Reply To:
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

www.mandarichlaw.com
You may also contact us via email at
info@mandarichlaw.com

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944           128113
                                 3027

128113



March 14, 2016

RE:    Current Creditor:              CACH, LLC
       Account No.:                   120020945742
       Original Creditor:             GE CAPITAL RETAIL BANK
       Original Creditor Account No.: 5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-03-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**This letter is being automatically generated based upon your agreed payment arrangement with us. The sending of this letter did not involve the particular review of your account by an attorney.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

3027.161946

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983**

# MANDARICH LAW GROUP, LLP

*Attorneys at Law*

Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)

OF COUNSEL
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)

Please Reply To:
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

www.mandarichlaw.com
You may also contact us via email at
info@mandarichlaw.com

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944            49763
                                 3027

April 14, 2016

RE:   Current Creditor:          CACH, LLC
      Account No.:               120020945742
      Original Creditor:         GE CAPITAL RETAIL BANK
      Original Creditor Account No.:   5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-04-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**This letter is being automatically generated based upon your agreed payment arrangement with us. The sending of this letter did not involve the particular review of your account by an attorney.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

CALIFORNIA
9200 Oakdale Avenue, Suite 601
Chatsworth, California  91311

ILLINOIS
1 N. Dearborn Street, Suite 650
Chicago, Illinois  60602

3027.161946



## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP**    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983

# MANDARICH LAW GROUP, LLP

*Attorneys at Law*

Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)

OF COUNSEL
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)

Please Reply To:
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

www.mandarichlaw.com
You may also contact us via email at
info@mandarichlaw.com

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944

47010
3027

47010

July 14, 2016

**RE:**  Current Creditor:            CACH, LLC
        Account No.:                 120020945742
        Original Creditor:           GE CAPITAL RETAIL BANK
        Original Creditor Account No.: 5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-07-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

CALIFORNIA
9200 Oakdale Avenue, Suite 601
Chatsworth, California  91311

ILLINOIS
1 N. Dearborn Street, Suite 650
Chicago, Illinois  60602

3027.161946

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP**    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983

# MANDARICH LAW GROUP, LLP

### Attorneys at Law

Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)

OF COUNSEL
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)

Please Reply To:
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

www.mandarichlaw.com
You may also contact us via email at
info@mandarichlaw.com

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944          153718
                                3027

153718

August 14, 2016

RE:     Current Creditor:            CACH, LLC
        Account No.:                 120020945742
        Original Creditor:           GE CAPITAL RETAIL BANK
        Original Creditor Account No.:  5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-08-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

---

|  CALIFORNIA  |  ILLINOIS  |
|---|---|
| 9200 Oakdale Avenue, Suite 601 | 1 N. Dearborn Street, Suite 650 |
| Chatsworth, California  91311 | Chicago, Illinois  60602 |

3027.161946



### IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine**: Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas**: Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983**

# MANDARICH LAW GROUP, LLP

*Attorneys at Law*

Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)

OF COUNSEL
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)

Please Reply To:
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

www.mandarichlaw.com
You may also contact us via email at
info@mandarichlaw.com

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944          139006
                                3027

139006

September 14, 2016

RE:   Current Creditor:              CACH, LLC
      Account No.:                   120020945742
      Original Creditor:             GE CAPITAL RETAIL BANK
      Original Creditor Account No.: 5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-09-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,

Mandarich Law Group, LLP

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

CALIFORNIA
9200 Oakdale Avenue, Suite 601
Chatsworth, California  91311

ILLINOIS
1 N. Dearborn Street, Suite 650
Chicago, Illinois  60602

3027.161946



## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983**

Mandarich Law Group, LLP
9200 Oakdale Ave., Suite 601
Chatsworth, CA  91311

**Mandarich Law Group, LLP**
9200 Oakdale Ave., Suite 601
Chatsworth, CA 91311
T: 855.441.5983 • F: 818.888.1260
E: info@mandarichlaw.com
Hours of Operation:
Mon. - Fri. 9 am to 5 pm (PST)

**Attorneys:**
Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)
**Of Counsel:**
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)
Mathew S. LaCroix (WA)

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE WA  98109-2944

RE:   Customer Name: THOMAS WEINSTEIN
      Current Creditor: CACH, LLC
      Current Creditor Account Number: 120020945742
      Original Creditor: GE CAPITAL RETAIL BANK
      Original Creditor Account Number: 5218531007265391

Date: December 15, 2016

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be charging your credit/debit card in the amount of $97.33 on 12/27/2016.

Please feel free to contact our office toll-free at 855.441.5983 to discuss your account.

Sincerely,
Mandarich Law Group, LLP

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CALLS TO AND FROM MANDARICH LAW GROUP, LLP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

130134-CARD/3027_173964-99

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Maine Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Massachusetts Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

Massachusetts law requires that we inform you:

## NOTICE OF IMPORTANT RIGHTS for Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

However, please be advised that we will honor an oral request that telephone calls not be made to your place of employment without written confirmation of the request.

**Texas Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## IMPORTANT INFORMATION ABOUT CREDIT REPORTING

Our clients may report information about your account to credit bureaus.

Mandarich Law Group, LLP
9200 Oakdale Ave., Suite 601
Chatsworth, CA  91311

**Mandarich Law Group, LLP**
9200 Oakdale Ave., Suite 601
Chatsworth, CA 91311
T: 855.441.5983 • F: 818.888.1260
E: info@mandarichlaw.com
Hours of Operation:
Mon. - Fri. 9 am to 5 pm (PST)

**Attorneys:**
Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)
**Of Counsel:**
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)
Mathew S. LaCroix (WA)

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE WA  98109-2944
||l.l.l...l..llll..l.l...l.ll.l..l.l..ll.l.l.l..l..ll.l

RE:   Customer Name: THOMAS WEINSTEIN
      Current Creditor: CACH, LLC
      Current Creditor Account Number: 120020945742
      Original Creditor: GE CAPITAL RETAIL BANK
      Original Creditor Account Number: 5218531007265391

Date: January 15, 2017

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be charging your credit/debit card in the amount of $97.33 on 01/27/2017.

Please feel free to contact our office toll-free at 855.441.5983 to discuss your account.

Sincerely,
Mandarich Law Group, LLP

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CALLS TO AND FROM MANDARICH LAW GROUP, LLP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights.  This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**California Residents:**  The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer.  A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Maine Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Massachusetts Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS for Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment.  Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request.  You may terminate this request by writing to the debt collector.

However, please be advised that we will honor an oral request that telephone calls not be made to your place of employment without written confirmation of the request.

**Texas Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## IMPORTANT INFORMATION ABOUT CREDIT REPORTING

Our clients may report information about your account to credit bureaus.

# MANDARICH LAW GROUP, LLP

*Attorneys at Law*

9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
Telephone: 855.441.5983
Telefax: 818.888.1260

**Christopher D. Mandarich, Esq.***
**Ryan E. Vos, Esq.****
**William Boaz, Esq.,** *Of Counsel*****
**Trevor R. Ozawa, Esq.,** *Of Counsel*******
**William T. Sali, Esq.,** *Of Counsel*********
**Joseph A. Geller, Esq.,** *Of Counsel*************

*\*Admitted in CA*
*\*\*Admitted in AK, CA, ID, OR & WA*
*\*\*\*Admitted in OR*
*\*\*\*\*Admitted in HI*
*\*\*\*\*\*Admitted in ID*
*\*\*\*\*\*\*Admitted in NV*

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE, WA 98109-2944          104567
                               3027

104567



**RE:**   Current Creditor:          CACH, LLC
          Account No.:              120020945742
          Original Creditor:        GE CAPITAL RETAIL BANK
          Original Creditor Account No.:   5218531007265391

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be debiting $97.33 from your bank account on 2016-01-27. Please ensure these funds are available on or before the processing date.

Please feel free to contact our office toll-free at 1-855-441-5983 to discuss your account.

Sincerely,


Mandarich Law Group, LLP


**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM MANDARICH LAW GROUP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**This letter is being automatically generated based upon your agreed payment arrangement with us. The sending of this letter did not involve the particular review of your account by an attorney.**


**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

VS1-S8065*

00004213                3027.161946



### IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTP://WWW.COLORADOATTORNEYGENERAL.GOV/CA. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**In Maine:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Massachusetts:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific. Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**In Texas:** Office Location: 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: 8:00am & 5:00pm Monday through Friday Pacific.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

### Payment Instructions For Western Union Quick Collect

For your convenience in paying by Western Union, Please note the following instructions, if applicable:
(1) Call Western Union at 1-800-325-6000 to locate the Western Union agent closest to you.
(2) Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to CACH, LLC. The code city is **CACH CO** and the account number will be your account number found on the front of this letter.
(3) Give the agent the completed Quick Collect form, the payment amount, and the transaction fee (presently $12.95) required and payable to Western Union in cash.
You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

**Mandarich Law Group, LLP**    9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311    Phone 1-855-441-5983

Mandarich Law Group, LLP
9200 Oakdale Ave., Suite 601
Chatsworth, CA  91311

**Mandarich Law Group, LLP**
9200 Oakdale Ave., Suite 601
Chatsworth, CA 91311
T: 855.441.5983 • F: 818.888.1260
E: info@mandarichlaw.com
Hours of Operation:
Mon. - Fri. 9 am to 5 pm (PST)

**Attorneys:**
Christopher D. Mandarich (CA)
Michael D. Mandarich (CO)
John C. Bonewicz (IL)
Ryan E. Vos (AK, CA, ID, OR, WA)
Anthony F. Porto (MO)
**Of Counsel:**
William Boaz (OR)
William T. Sali (ID)
Angela L. Burmeister (NE, IA, MO, KS)
Thomas M. McGreal (HI, CA)
Joseph A. Geller (NV)
Mathew S. LaCroix (WA)

THOMAS S WEINSTEIN
400 BLAINE ST
SEATTLE WA  98109-2944
IlIlIlIlIllIlIlIlIlIlIlIlIlIlIlIlIlIl

RE:   Customer Name: THOMAS WEINSTEIN
      Current Creditor: CACH, LLC
      Current Creditor Account Number: 120020945742
      Original Creditor: GE CAPITAL RETAIL BANK
      Original Creditor Account Number: 5218531007265391

Date: February 15, 2017

Dear THOMAS S WEINSTEIN,

In accordance with your agreement with our office, and pursuant to your authorization, we will be charging your credit/debit card in the amount of $97.33 on 02/27/2017.

Please feel free to contact our office toll-free at 855.441.5983 to discuss your account.

Sincerely,
Mandarich Law Group, LLP

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CALLS TO AND FROM MANDARICH LAW GROUP, LLP MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

### IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Maine Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Massachusetts Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

Massachusetts law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS for Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

However, please be advised that we will honor an oral request that telephone calls not be made to your place of employment without written confirmation of the request.

**Texas Residents:** Office Location: 9200 Oakdale Ave. Suite 601, Chatsworth, CA 91311. Phone: 855.441.5983. Business hours: Mon. - Fri. 9 am to 5 pm (PST).

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted by a creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING

Our clients may report information about your account to credit bureaus.