**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| THOMAS WEINSTEIN, | ) | NO. 2:17-cv-01897-RSM |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATED MOTION TO STAY EXECUTION AND TO DEPOSIT FUNDS TO SATISFY THE JUDGMENT** |
| v. | ) ) ) | |
| MANDARICH LAW GROUP, LLP, | ) ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on Defendant Mandarich Law Group, LLP's Stipulated Motion to Stay Execution and to Deposit Funds to Satisfy the Judgment, and the Court, having reviewed the motion, hereby rules as follows:

Defendant's Motion is GRANTED in its entirety. Execution of the judgment and all proceedings to enforce the judgment in this matter is stayed pending disposition of the appeal. Defendant shall post the amount of $124,019.57 with the Clerk by March 18, 2019 and the Clerk shall deposit the funds into the registry of the Court.

DATED this 15th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE