**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

THOMAS WEINSTEIN,

    Plaintiff,

vs.

MANDARICH LAW GROUP, LLP.

    Defendant.

NO. 2:17-cv-01897-RSM

**ORDER GRANTING STIPULATED MOTION FOR DISBURSEMENT OF REGISTRY FUNDS**

THIS MATTER having come before the Court on the Parties' Stipulated Motion for Disbursement of Registry Funds, and the Court having reviewed the Motion, hereby finds and ORDERS that the Parties' Motion is GRANTED as set forth below. In this case, the principal funds deposited in the registry were $124,019.57. The Clerk is authorized and directed to draw a check from these funds in the amount of $117,491.42 plus all accrued interest, minus any statutory users fees, payable to "Anderson Santiago, PLLC IOLTA" and mail and deliver the check to Anderson Santiago, PLLC, 787 Maynard Ave. S. #201, Seattle, WA 98104. The Clerk is further authorized and directed to draw a check on the remaining funds deposited in the registry, $6,528.15 plus all accrued interest, minus any statutory users fees, payable to "Messer Strickler, Ltd. Client Trust Account" and mail and deliver the check to Msesser Strickler, Ltd., 225 W. Washington St., Ste. 575, Chicago, IL 60606.

DATED this 14th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE